UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:12-mj-0608 GWF |
| Plaintiff, | ) | |
| vs. | ) | MINUTES OF THE COURT |
| | ) | |
| RONALD MARVIN JONES, | ) | DATED April 11, 2016 |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT
THE HONORABLE GEORGE W. FOLEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: EILEEN WOOD          RECORDER:     NONE APPEARING

COUNSEL FOR PLAINTIFF (S) :                 NONE APPEARING

COUNSEL FOR DEFENDANT (S) :                 NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Minutes (#18) were entered in this case on October 15, 2013. Good cause appearing,

IT IS ORDERED that the Cash Bond, legal owner Dennis Nolan,  (#4) posted in the amount of $300.00, receipt #NVLAS21207 filed August 30, 2012 on behalf of Defendant Ronald Jones, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: ___*George Foley Jr.*___
U.S. MAGISTRATE JUDGE

DATED:     __ April 11, 2016     _____